JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| SAMANTHA BROWN, | ) | Case No. CV 09-5465-AHM (OP) |
| | ) | |
| Petitioner, | ) | J U D G M E N T |
| | ) | |
| v. | ) | |
| | ) | |
| DAWN DAVISON, Warden, | ) | |
| | ) | |
| Respondent. | ) | |

Pursuant to the Order Adopting Findings, Conclusions, and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: May 28, 2010

HONORABLE A. HOWARD MATZ
United States District Judge

**JS-6**

Prepared by:

_____
HONORABLE OSWALD PARADA
United States Magistrate Judge